**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 31 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

CASE NO. 4:22-cv-00146 KGB/JJV

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Travis Johnson
ADC # 610903

Address: 405 w. Pine st mcgehee Ar 71655

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mark Gober

Position: Sheriff of Drew County

Place of employment: Drew County Sheriffs office

Address: 210 S. main st monticello Ar 71655

Name of defendant: Susan Potts

Position: Jail administrator

-4-

Place of employment: Drew County Detention Facility

Address: 106 S. main st. monticello Ar 71655

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☑ Parties to the previous lawsuit:

Plaintiffs: Travis Johnson _____

_____

Defendants: Mark Gober, Susan Potts _____

_____

-5-

☑ Court (if federal court, name the district; if state court, name the county): Eastern

☑ Docket Number: 4:22-CV-00025-LPR-ERE

☑ Name of judge to whom case was assigned: Rudofsky

☑ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) pending

☑ Approximate date of filing lawsuit: 1-18-22

☐ Approximate date of disposition: _____

IV. Place of present confinement: Drew County Detention facility

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges

___ serving a sentence as a result of a judgment of conviction

___ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ___   No ✓

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ✓

If not, why? <u>No greiviance system just request forms to administrator</u>

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Mark Gober being sheriff of Drew County, being Susan Potts' boss, refuses to allow visitation at Drew County Detention Facility causing pain and suffering, & mental Anguish. Was Booked in on 11-30-21 & it is now 1-24-22

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Official reprimand, diliberations on punitive damages for pain and suffering and mental anguish

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 24 day of January, 20 22.

Signature(s) of plaintiff(s)

Travis Johnson
106 S. main st
monticello Ar 71655

INMATE MAIL

Pro Se Clerk
600 W. Capital Ave Rm A149
Little Rock Ar 72201



FIRST-CLASS MAIL
IMI
$001.76
01/26/2022 ZIP 71655
043M31220356