IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS JOHNSON**                                                                                                  **PLAINTIFF**

v.                              Case No. 4:22-cv-00146-KGB

**MARK GOBER, in his individual
and official capacity as Sheriff, Drew
County Arkansas,** *et al.*                                                                                **DEFENDANTS**

## ORDER

When plaintiff Travis Johnson filed this lawsuit, he was in custody at the Drew County Detention Facility ("DCDF") (Dkt. No. 2). On July 18, 2022, mail to Mr. Johnson at the DCDF was returned undeliverable (Dkt. No. 19). As a result, the Court entered a show cause Order to require Mr. Johnson to inform the Court of his current contact information within 30 days of the entry of the show cause Order and to provide the Court with a valid mailing address (Dkt. No. 20). The Court notified Mr. Johnson that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of this case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Johnson has not complied with or otherwise responded to the Court's July 20, 2022, Order, and the time for doing so has passed. Accordingly, Mr. Johnson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2), and the pending Recommended Disposition and motion for summary judgment are denied as moot (Dkt. Nos. 15, 18). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 1st day of February, 2023.

                                              _____
                                              Kristine G. Baker
                                              United States District Judge