IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS JOHNSON**                                                                                                    **PLAINTIFF**

v.                                        Case No. 4:22-cv-00146-KGB

**MARK GOBER, in his individual
and official capacity as Sheriff, Drew
County Arkansas,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Travis Johnson's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal is considered frivolous and not in good faith.

It is so adjudged this 1st day of February, 2023.

*[signature]*

Kristine G. Baker
United States District Judge